In the Matter of the Construction of the Will of PELAGIA WOJTKOWIAK, Deceased. WALLACE WOJTKOWIAK et al., Appellants; CONRAD WOJTKOWIAK et al., Respondents.

Submitted April 13, 1950; decided May 18, 1950.

*Edward B. Murphy* and *David J. Kulick* for Wallace Wojtkowiak and others, appellants.

*George E. Phillies* and *Emil L. Cohen* for Conrad Wojtkowiak and another, respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.